Order issued November 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00600-CV

BALDEV SINGH, HARMISH KAUR, WAHE GURU ONE, LLC,
AND SUBZI MANDI TEXAS, LLC, Appellants

V.

HARVINDER SINGH AND RASPAL SINGH NIJJAR, Appellees

## ORDER

We **GRANT** appellees' November 13, 2012 motion for postponement of oral argument.

The Clerk of the Court is directed to remove this case from submission on November 14, 2012 at 2:00 p.m. This case will be resubmitted in due course.

MOLLY FRANCIS
PRESIDING JUSTICE